UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven P. Lemay, Sr., as parent
and next friend of S.L., Jr.

v.                                        Civil No. 08-cv-353-JL

City of Dover, et al

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

The [1] Complaint and [3] Motion to Amend Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint and Motion to Amend Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint and Motion to Amend Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: September 2, 2008

cc:     Steven P. Lemay, Sr., pro se